

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:

        Chapter 11
        Case No. 16-13500-mkv

GRACIOUS HOME LLC, et al.,[1]

        **AFFIDAVIT OF SERVICE**

        Debtors.
------------------------------------------------------------------------X

IRIS REYES, on behalf of herself and all others similarly situated,

        Plaintiffs,

        -against-

GRACIOUS HOME HOLDINGS LLC,
GRACIOUS HOME PAYROLL LLC,
GRACIOUS HOME LLC,
GH EAST SIDE LLC,
GH WEST SIDE LLC,
GH CHELSEA LLC, and
GRACIOUS (IP) LLC,

        Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK )
        S.S.
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

        That on the 3rd day of March, 2017, at approximately the time of 3:15pm, deponent served a true copy of the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN A ADVERSARY PROCEEDING AND COMPLAINT** upon **TRENK DiPASQUALE DELLA FERA & SODONO PC**, Attn: JOSEPH DiPASQUALE or IRENA

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



GOLDSTEIN at 347 Mt. Pleasant Avenue, Suite 300, West Orange, NJ 07052 by personally delivering and leaving the same with the Attorney, **IRENA GOLDSTEIN,** at that address.

**IRENA GOLDSTEIN** is a white female, approximately 57 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and dark eyes wearing glasses.

_____
**TIMOTHY M. BOTTI, #843358**

Sworn to before me this
7th day of March, 2017

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com