**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 16-13500 (MKV)<br><br>Jointly Administered |
| IRIS REYES, on behalf of herself and all others similarly situated,<br>                Plaintiffs,<br><br>- against -<br><br>GRACIOUS HOME HOLDINGS LLC,<br>GRACIOUS HOME PAYROLL LLC,<br>GRACIOUS HOME LLC,<br>GH EAST SIDE LLC,<br>GH WEST SIDE LLC,<br>GH CHELSEA LLC, and<br>GRACIOUS (IP) LLC,<br>                Defendants. | Adv. Pro. No. 17-01031 (MKV) |

**SO ORDERED STIPULATION EXTENDING**
**DEADLINE TO RESPOND TO COMPLAINT**

WHEREAS, Defendants' deadline under Federal Rule of Bankruptcy Procedure 7012(a) to answer or otherwise respond to the Complaint in this adversary proceeding is March 31, 2017; and

WHEREAS, Plaintiff has agreed to extend Defendants' response deadline by 14 days, through April 14, 2017.

NOW THEREFORE, Plaintiff and Defendants hereby stipulate and agree, and on Court approval hereof it shall be ordered, that Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended through **April 14, 2017**.

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.

-2-

| | |
|---|---|
| **SAUL EWING LLP** | **STORCH AMINI PC** |
| Attorneys for Defendants | Attorneys for Plaintiff and the Putative Class |
| /s/ Ryan L. DiClemente___ | /s/ Jeffrey Chubak___ |
| Ryan L. DiClemente, Esq. | Jeffrey Chubak, Esq. |
| Dated: March 30, 2017 | Dated: March 30, 2017 |

SO ORDERED this 30th day of March, 2017

*s/ Mary Kay Vyskocil*
Honorable May Kay Vyskocil
United States Bankruptcy Judge