**SAUL EWING LLP**
Dipesh Patel
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6718

*Attorneys for Defendants, Gracious Home Holdings LLC, et al.*

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:, <br><br> Gracious Home LLC, *et al.*, <br><br>         Debtors. | Chapter 11 <br><br> Case No. 16-13500 (MKV) <br><br> (Jointly Administered) |
| Iris Reyes, on behalf of herself and all others similarly situated <br><br>         Plaintiff, <br><br> against <br><br> Gracious Home Holdings LLC, <br> Gracious Home Payroll LLC, <br> Gracious Home LLC, <br> GH East Side LLC, <br> GH West Side LLC, <br> GH Chelsea LLC, and <br> Gracious (IP) LLC, <br><br>         Defendants. | Adv. Pro. No. 17-01031 (MKV) |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>NOTICES AND SERVICE OF PAPERS</u>**

      **PLEASE TAKE NOTICE** that Saul Ewing LLP, on behalf of Defendants Gracious

Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC,

GH West Side LLC, GH Chelsea, LLC, and Gracious (IP), LLC (collectively, "Gracious

Home"), hereby appears in the captioned adversary proceeding and requests, pursuant to Federal Rules of Bankruptcy Procedure Rules 9007 and 9010(b), that all notices given or required to be given in connection with the captioned adversary proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

Ryan L. DiClemente
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-5057
rdiclemente@saul.com

-and-

Dipesh Patel
Saul Ewing LLP
1037 Raymond Boulevard
Suite 1520
Newark, New Jersey 07102
Telephone: (973) 286-6718
dpatel@saul.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the adversary proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

*[Space Intentionally Left Blank]*

-3-

Dated:  March 30, 2017    **SAUL EWING LLP**

By:    */s/Dipesh Patel*
Dipesh Patel
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6718
Facsimile: (973) 286-6818
dpatel@saul.com

*Attorneys for Gracious Home*

## CERTIFICATION OF SERVICE

      I hereby certify that on March 30, 2017, I caused the foregoing Notice of Appearance to be served on counsel to the Plaintiff via ECF.

Dated:  March 30, 2017                      */s/Dipesh Patel*
                                                                            Dipesh Patel