**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-13500 (MKV)<br><br>Jointly Administered |
| IRIS REYES, on behalf of herself and all others similarly situated,<br>　　　　　　　Plaintiffs,<br><br>　- against -<br><br>GRACIOUS HOME HOLDINGS LLC,<br>GRACIOUS HOME PAYROLL LLC,<br>GRACIOUS HOME LLC,<br>GH EAST SIDE LLC,<br>GH WEST SIDE LLC,<br>GH CHELSEA LLC, and<br>GRACIOUS (IP) LLC,<br>　　　　　　　Defendants. | Adv. Pro. No. 17-01031 (MKV) |

**SO ORDERED STIPULATION EXTENDING**
**DEADLINE TO RESPOND TO COMPLAINT**

WHEREAS, Defendants' original deadline under Rule 7012(a) to answer or otherwise respond to the Complaint in this adversary proceeding was March 31, 2017;

WHEREAS, The parties previously agreed and this Court entered an Order Extending Defendants' response deadline by 14 days, through April 14, 2017; and

WHEREAS, Plaintiff has agreed to extend Defendants' response deadline by an additional 10 days, through April 24, 2017;

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.

-2-

NOW THEREFORE, Plaintiff and Defendants hereby stipulate and agree, and on Court approval hereof it shall be ordered, that Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended through **April 24, 2017**.

| | |
|---|---|
| **SAUL EWING LLP** | **STORCH AMINI PC** |
| Attorneys for Defendants | Attorneys for Plaintiff and the Putative Class |
| /s/Ryan L. DiClemente___ | /s/ Jeffrey Chubak___ |
| Ryan L. DiClemente, Esq. | Jeffrey Chubak, Esq. |
| Dated: April 10, 2017 | Dated: April 10, 2017 |

SO ORDERED this 12th day of April, 2017

*s/ Mary Kay Vyskocil*
Honorable May Kay Vyskocil
United States Bankruptcy Judge