**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRACIOUS HOME LLC, *et al.*,[1] | Case No. 16-13500-mkv |
| Debtors. | Jointly Administered |
| IRIS REYES, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 17-1031-mkv |
| GRACIOUS HOME HOLDINGS LLC, GRACIOUS HOME PAYROLL LLC, GRACIOUS HOME LLC, GH EAST SIDE LLC, GH WEST SIDE LLC, GH CHELSEA LLC, and GRACIOUS (IP) LLC, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the pretrial conference scheduled for April 26, 2017 at 10:00 a.m. has been adjourned to May 2, 2017 at 10:00 a.m.

Dated: April 20, 2017
       New York, New York

STORCH AMINI PC

/s/ Jeffrey Chubak
Steven G. Storch
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiff and the Putative Class*

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.