**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors.<br>IRIS REYES, on behalf of herself and all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br>　　- against -<br><br>GRACIOUS HOME HOLDINGS LLC, GRACIOUS HOME PAYROLL LLC, GRACIOUS HOME LLC, GH EAST SIDE LLC, GH WEST SIDE LLC, GH CHELSEA LLC, and GRACIOUS (IP) LLC,<br>　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 16-13500 (MKV)<br><br>Jointly Administered<br><br><br><br><br>Adv. Pro. No. 17-1031 (MKV) |

## SCHEDULING ORDER

This Court having held a pretrial conference on May 2, 2017; and the parties having agreed they will not be joining other parties or amending the pleadings; now therefore, it is ORDERED:

1.　All discovery, including any expert discovery, in this adversary proceeding shall be completed by July 28, 2017.

2.　Any request for a pre-summary judgment motion conference shall be filed on or before August 25, 2017.

3.　The parties shall schedule an additional pretrial conference promptly following the completion of discovery.

Dated: New York, New York
　　　　May 3, 2017
　　　　　　　　　　　　　　　　　　　　　*s/ Mary Kay Vyskocil*
　　　　　　　　　　　　　　　　　　　　　Honorable Mary Kay Vyskocil
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.