

Dipesh Patel
Phone: (973) 286-6718
Fax:   (973) 286-6818
dpatel@saul.com
www.saul.com

May 3, 2017

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re:**    ***Reyes v. Gracious Home Holdings, LLC***
**Adversary Proceeding No. 17-01031**

Dear Judge Vyskocil,

     This Firm represents Defendants Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, Gracious (IP) LLC (collectively, "Gracious Home") in connection with the above-referenced adversary proceeding. Pursuant to Fed. R. Bankr. P. 7008(a), please accept this letter as confirmation that Gracious Home consents to the entry of final orders and/or judgments by this Court in the above-referenced matter.

     Thank you for your continued time and attention to this matter.

Respectfully submitted,

*Dipesh Patel*
Dipesh Patel

cc: All Counsel of Record (Via ECF)