UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC, *et al.*,[1]<br><br>                Debtors.<br>IRIS REYES, on behalf of herself and all others similarly situated,<br>                Plaintiff,<br><br>             - against -<br><br>GRACIOUS HOME HOLDINGS LLC,<br>GRACIOUS HOME PAYROLL LLC,<br>GRACIOUS HOME LLC,<br>GH EAST SIDE LLC,<br>GH WEST SIDE LLC,<br>GH CHELSEA LLC, and<br>GRACIOUS (IP) LLC,<br>                Defendants. | Chapter 11<br><br>Case No. 16-13500 (MKV)<br><br>Jointly Administered<br><br><br><br>Adv. Pro. No. 17-1031 (MKV) |

## **FIRST AMENDED SCHEDULING ORDER**

The Court having held a pre-trial conference on May 2, 2017; and a scheduling order having been entered on May 3, 3017 [ECF No. 9]; and the parties having agreed they will not be joining other parties or amending the pleadings; now therefore, it is ORDERED:

1.    All discovery, including expert discovery, in this adversary proceeding shall be completed on or before September 8, 2017.

2.    Any request for a pre-summary judgment motion conference shall be filed on or before October 6, 2017.

3.    The parties shall schedule an additional pretrial conference promptly following the

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.

completion of discovery.

Dated: New York, New York
       June 5, 2017

                                    _s/ Mary Kay Vyskocil_
                                    Honorable Mary Kay Vyskocil
                                    United States Bankruptcy Judge