**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRACIOUS HOME LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 16-13500-mkv<br><br>Jointly Administered |
| IRIS REYES, on behalf of herself and all others similarly situated,<br>                              Plaintiff,<br><br>               - against -<br><br>GRACIOUS HOME HOLDINGS LLC,<br>GRACIOUS HOME PAYROLL LLC,<br>GRACIOUS HOME LLC,<br>GH EAST SIDE LLC,<br>GH WEST SIDE LLC,<br>GH CHELSEA LLC, and<br>GRACIOUS (IP) LLC,<br>                              Defendants. | <br><br><br><br>Adv. Pro. No. 17-1031-mkv |

## SECOND AMENDED SCHEDULING ORDER

This Court having held a pre-trial conference on May 2, 2017; and a scheduling order having been entered on May 3, 2017 [ECF No. 9], and having been amended on June 5, 2017 [ECF No. 11]; and the parties having agreed they will not be joining other parties or amending the pleadings; now therefore, it is ORDERED:

1.      All discovery, including expert discovery, in this adversary proceeding, shall be completed on or before **October 13, 2017**.

2.      Any request for a pre-summary judgment motion conference shall be filed on or before **November 10, 2017**.

---

[1] The Debtors in the above-captioned chapter 11 cases are: Gracious Home Holdings LLC, Gracious Home Payroll LLC, Gracious Home LLC, GH East Side LLC, GH West Side LLC, GH Chelsea LLC, and Gracious (IP) LLC.

3. The parties shall schedule an additional pretrial conference promptly following the completion of discovery.

4. No extensions of the deadlines set forth herein shall be granted without a Court order for good cause shown.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTION. If delay or other act or omission of your adversary may result in an inability to comply with the deadlines in this order or in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.**

Dated: August 18, 2017
New York, New York

*s/ Mary Kay Vyskocil*
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge